**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7645**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GRADY WILLIAM POWERS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  William L. Osteen, Sr., District Judge.  (CR-93-19)

---

Submitted:  December 3, 1996          Decided:  January 9, 1997

---

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Grady Williams Powers, Appellant Pro Se.  Deborah Ann Ausburn, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court and on the ground that the appeal is frivolous. United States v. Powers, No. CR-93-19 (W.D.N.C. Oct. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED